■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEE TURNER, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of violation of subdivision 1 of section 1751 of the Penal Law.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM P. MELSKI, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Genesee County Court convicting defendant of the crime of grand larceny, second degree.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN CARTER, Appellant.— Order unanimously affirmed. (Appeal from order of Wayne County Court denying defendant's application for writ of error *coram nobis*, without a hearing.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM CARL AUTH, Appellant.— Order unanimously affirmed. (Appeal from order of Onondaga County Court denying petitioner's application for a writ of error *coram nobis*, without a hearing.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ A. S. WIKSTROM, INC., Appellant, v. STATE OF NEW YORK, Respondent. (Claim Nos. 33300, 34584.) — Judgment unanimously affirmed, without costs of this appeal to either party. (Appeal from judgment of Court of Claims dismissing two claims against the State.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ. [16 Misc 2d 587.]

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RONALD R. DENZEL, Appellant, v. WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from Order of Wyoming County Court dismissing the writ of habeas corpus and remanding relator to the custody of the Warden of Attica State Prison.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES FALZONE, Appellant, v. WILLIAM G. HEFFRON, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Erie Special Term dismissing the petition in a proceeding to compel refund of fees paid assigned attorney.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ ERIE COUNTY BOARD OF SOCIAL WELFARE, Respondent, v. STUART JOHNSON, Appellant.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Erie Children's Court adjudging defendant to be the father of the infant child of complainant and directing him to contribute to its support.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.